# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIA BORJA,<br><br>    Plaintiff,<br><br>  v.<br><br>K. WILLIAMS, et al.,<br><br>    Defendants. | Case No. 1:13-cv-01445 AWI DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION, OR STATEMENT OF NON-OPPOSITION, TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY (30) DAYS |

Plaintiff Tania Borja ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's First Amended Complaint against Defendants Williams and Johnson.

Defendants filed a motion for summary judgment on September 3, 2015. The motion was properly served on Plaintiff, but she has not filed an opposition.

Plaintiff is therefore ORDERED to file an opposition, or a statement of non-opposition, to the motion within thirty (30) days of the date of service of this order.

///
///
///
///
///

1

Plaintiff is advised that if she does not file an opposition, or statement of non-opposition, to the motion within thirty (30) days of the date of service of this order, the motion will be decided without the benefit of her input.

IT IS SO ORDERED.

Dated:   **October 14, 2015**   /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE