UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIA BORJA,<br><br>            Plaintiff,<br><br>    vs.<br><br>K. WILLIAMS, et al.,<br><br>            Defendants. | 1:13-cv-01445-DAD-GSA-PC<br><br>ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE WOULD BE BENEFICIAL<br><br>THIRTY-DAY DEADLINE |

## I.    BACKGROUND

Plaintiff Tania Borja ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on September 10, 2013.  (ECF No. 1.)  The action now proceeds on Plaintiff's March 31, 2014, First Amended Complaint for excessive force in violation of the Eighth Amendment against Defendant K. Williams.  (ECF No. 8.)

On February 5, 2015, the Court issued a Discovery/Scheduling Order in this action, establishing a deadline July 6, 2015 for the parties to conduct discovery, and a deadline of September 3, 2015 for the filing of dispositive motions.  (ECF No. 16.)  The pretrial deadlines have now expired.  On November 21, 2016, the Court denied in part Defendants' motion for summary judgment.  (ECF No. 40.)  At this stage of the proceedings, the Court ordinarily proceeds to schedule the case for trial.

**II.    SETTLEMENT PROCEEDINGS**

The Court is able to refer cases for mediation before a participating United States Magistrate Judge.  Settlement conferences are ordinarily held in person at the Court or at a prison in the Eastern District of California.  Plaintiff and Defendant shall notify the Court whether they believe, in good faith, that settlement in this case is a possibility and whether they are interested in having a settlement conference scheduled by the Court.[1]

Defendant's counsel shall notify the Court whether there are security concerns that would prohibit scheduling a settlement conference.  If security concerns exist, counsel shall notify the Court whether those concerns can be adequately addressed if Plaintiff is transferred for settlement only and then returned to prison for housing.

**III.    CONCLUSION**

Based on the foregoing, IT IS HEREBY ORDERED that within **thirty (30) days** from the date of service of this order, Plaintiff and Defendant shall each file a written response to this order.[2]

IT IS SO ORDERED.

Dated:   **November 29, 2016**            **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] The parties may wish to discuss the issue by telephone in determining whether they believe settlement is feasible.

[2] The issuance of this order does not guarantee referral for settlement, but the Court will make every reasonable attempt to secure the referral should both parties desire a settlement conference.