UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIA BORJA,<br><br>Plaintiff,<br><br>v.<br><br>K. WILLIAMS and S. JOHNSON,<br><br>Defendants. | No. 1:13-cv-01445-DAD-GSA<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

Plaintiff Tania Borja is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case is currently scheduled for a telephonic trial confirmation hearing on June 12, 2017, and for jury trial on August 8, 2017, before Judge Dale A. Drozd.

On March 8, 2017, the court issued a second scheduling order, which required plaintiff to file a pretrial statement by April 12, 2017. (Doc. No. 44.) That deadline has passed, and plaintiff has not filed her pretrial statement.[1]

The court may impose sanctions, including dismissal of an action, for failure to comply with a court order. The court is prepared to dismiss this case in its entirety based on plaintiff's failure to comply with the court's order and failure to prosecute this action. In determining

---

[1] In addition, plaintiff has failed to timely file a motion for the attendance of incarcerated witnesses, if any, which was due on May 1, 2017. (*See* Doc. No. 47.)

1

whether to dismiss this action for failure to comply with the directives set forth in its order, "the Court must weigh the following factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to defendants/respondents; (4) the availability of less drastic alternatives; and (5) the public policy favoring disposition of cases on their merits." *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002) (citing *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260–61 (9th Cir. 1992)).

At this stage in the litigation, the court finds it appropriate to provide plaintiff with an additional opportunity to proceed. Accordingly, the court directs plaintiff Borja to **file a written response within twenty-one (21) days of service of this order** showing cause why this case should not be dismissed due to her failure to comply with the court's prior orders and failure to prosecute this action. In response to this order, plaintiff should either (1) file a pretrial statement, as described in the court's second scheduling order (*see* Doc. No. 44), and a motion for the attendance of incarcerated witnesses (*see id.*; Doc. No. 47); or (2) explain why the court should grant her a further extension of time in which to file those documents. Any failure on plaintiff's part to comply with this order will likely result in the dismissal of this action.

For the reasons set forth above,

1. The Clerk of the Court is directed to serve this order, accompanied by a copy of the court's second scheduling order (Doc. No. 44), on plaintiff;
2. The telephonic trial confirmation hearing, currently set for June 12, 2017, and the jury trial, currently set for August 8, 2017, are vacated; and
3. Plaintiff Borja shall file a written response to this order within twenty-one (21) days of service of this order.

IT IS SO ORDERED.

Dated: **May 9, 2017**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE