UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIA BORJA,<br><br>        Plaintiff,<br><br>   vs.<br><br>K. WILLIAMS, et al.,<br><br>        Defendants. | 1:13-cv-01445-DAD-GSA-PC<br><br>**ORDER STRIKING PLAINTIFF'S OBJECTIONS FOR LACK OF SIGNATURE**<br>**(ECF No. 56.)** |

Tania Borja ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. On June 29, 2017, Plaintiff filed objections to the court's dismissal of her case. (ECF No. 35.) The objections are unsigned. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, IT IS HEREBY ORDERED that Plaintiff's objections, filed on June 29, 2017, are STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

   Dated:   **July 5, 2017**           **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE